9/8/16

Hey Dave,

Its me again. I hope all is well. Will you please

1. Put - City of Wilmington - envelope in the mail.

2. Take the other to Chancery Court & drop off at the Clerk's Office.

3. Lastly, if possible (it could be the beginning of the week for #3) - Go to Federal Building (844 N. King) Go to District Court Clerk of Court and see if the last filing (Walker v. New Castle County) 15-674 GMS was sent to the Court of Appeals. It is weird but the appeal had to go to District Court & then they would send it.

Appreciate your help. Thanks also for taking care of the m.o. for Paul + J. Larry wrote & said you had it covered - Thanks again.

David Pud-    Sean